UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| JOSEPH C. SANSONE CO., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 4:05CV1570 RWS |
| | ) | |
| DOW CORNING CORP., | ) | |
| | ) | |
| Defendant. | ) | |

## MEMORANDUM AND ORDER

This matter is before me on Defendant's Motion to Stay Pending Arbitration [#10]. Defendant requests that I exercise my discretion and stay this case while the parties arbitrate a separate matter. I find that a stay in this case is inappropriate, and I will deny the motion.

Accordingly,

**IT IS HEREBY ORDERED** that Defendant's Motion to Stay Pending Arbitration [#10] is **DENIED.**

Dated this 7th day of December, 2005

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE